IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL COLLEGIATE RUGBY, INC., § § § *Plaintiff,* § § V. § § JAMIE MCGREGOR, AND § USA RUGBY, § § *Defendants.* | CASE NO. 1:25-cv-00269-RP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**

This matter is before the Court on the Defendants, JAMIE MCGREGOR ("McGregor") and USA RUGBY ("USAR") (collectively the "Defendants") Motion to Stay Compel Plaintiff National Collegiate Rugby ("NCR") to Arbitration (the "Motion").

The Court, having reviewed the Motion and/or replies of counsel, now finds that Defendants' Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiff NCR's claims against Defendants are submitted to the United States Olympic Committee for binding arbitration pursuant to 36 U.S.C.A. § 220529(d).

_____
UNITED STATES DISTRICT
COURT JUDGE